ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| KPH Construction Corp. | ) ASBCA Nos. 64115, 64116 |
| | ) |
| Under Contract No. W912J2-22-D-4005 | ) |
| T.O. W50S9F-23-F-0038 | ) |

APPEARANCES FOR THE APPELLANT:    Nicole A. Vele, Esq.
                                   Gray Robinson, P.A.
                                   Washington, DC
                                   Katherine W. Katz, Esq.
                                   Orlando, FL

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                   Army Chief Trial Attorney
                                   LTC Bruce A. Nessler, JA
                                   MAJ Katharine M. Calderon, JA
                                   Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 27, 2026

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64115, 64116, Appeals of KPH Construction Corp., rendered in conformance with the Board's Charter.

Dated:  May 28, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals